AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

United States of America
          Plaintiff (s),
V.
Bryan Navales Tarosa
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 24CR2712-JLS

Notice is hereby given that, subject to approval by the court, __Bryan Navales Tarosa__ substitutes
(Party (s) Name)

__Tommy Vu__, State Bar No. __273760__ as counsel of record in
(Name of New Attorney)

place of __Ian Wallach__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Stitt Vu Trial Lawyers
    Address: 501 W. Broadway, Suite 730, San Diego, CA 92101
    Telephone: (619) 255-0553   Facsimile
    E-Mail (Optional): TVu@stittvu.com

I consent to the above substitution.
Date: 7/1/2025
(Signature of Party (s))

I consent to being substituted.
Date: 7/1/2025
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/1/2025
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 07/02/2025
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]